UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW BROWN and SAMANTHA
FAUSNIGHT BROWN,

       Plaintiffs,

CASE NO. 6:17-CV-643-Orl-41GJK

v.

M/I HOMES OF ORLANDO, LLC and
M/I FINANCIAL, LLC,

       Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

_____

_____

___X___ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: May, 3, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to: Matthew Brown, Esq., Brown Law Firm, PL, 1540 International Parkway, Suite 2000, Lake Mary, FL 32746.

                                              s/ Scott J. Johnson_____
Scott J. Johnson
Florida Bar No. 181496
scott.johnson@hklaw.com
Min Cho
Florida Bar No. 754331
min.cho@hklaw.com
Holland & Knight LLP
200 S. Orange Ave., Suite 2600
Orlando, FL 32801
Phone (407) 425-8500
Attorneys for M/I Homes of Orlando, LLC
and M/I Financial, LLC

#51112970_v1