UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MATTHEW BROWN AND**
**SAMANTHA FAUSNIGHT BROWN**

 **Plaintiffs,**
vs.                   Case No. 6:17-cv-643-Orl-41GJK

**M/I HOMES OF ORLANDO, LLC AND**
**M/I FINANCIAL, LLC**

 **Defendants.**
_____/

## PLAINTIFFS' NOTICE OF SETTLEMENT AND NOTICE OF ACCEPTING JOINT OFFER OF JUDGMENTS SERVED JULY 21, 2017

 Plaintiffs, Matthew Brown and Samantha Fausnight Brown, appear through counsel and pursuant to Local Rule 3.08, Fla. R. Civ. P. 1.442, and Florida Statute 768.79(4), give notice of each accepting the Proposal for Settlement/Offer of Judgment served on him/her on July 21, 2017. In accordance with the terms of the Proposals for Settlement/Offers of Judgment, Plaintiffs shall dismiss this action with prejudice within ten (10) days of Defendants complying with the terms of the Proposals for Settlement/Offers of Judgment.

## CERTIFICATE OF SERVICE

 I hereby certify that on July 24, 2017 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and it was served on counsel for each party.

                 /s/ Matthew R. Brown
                 MATTHEW R. BROWN, ESQ.
                 Florida Bar Number:   71570
                 BROWN LAW FIRM, PL
                 1540 International Parkway, Suite 2000
                 Lake Mary, Florida 32746
                 Telephone:   (407) 347-4908
                 E-service:   Service@BLFFL.com
                 *Trial Counsel for Plaintiffs*